Jacqueline M. James, Esq.
The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601
T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

September 3, 2026

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

***Re: 1:26-cv-03257-RA; Plaintiff's Second Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Abrams,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On April 21, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 24.186.186.206 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On May 8, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third party subpoena on Defendant's ISP.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff was initially required to effectuate service on the Defendant no later than July 20, 2026. Because Plaintiff's Motion for Leave was pending before the Court, on July 20, 2026, Plaintiff filed its First Motion for Extension of Time Within Which to Effectuate Service on John Doe Defendant ("First Motion for Extension").

On July 21, 2026, the Court granted Plaintiff's First Motion for Extension, extending the deadline to effect service to September 18, 2026.

On August 6, 2026, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about August 12, 2026, and in accordance with the time allowances provided to both the ISP and Defendant, expects to receive the ISP response on or about December 21, 2026.

Plaintiff respectfully requests that the deadline to effect service be extended for sixty (60) days from December 21, 2026 (the date Plaintiff expects to receive the ISP response), and thus the deadline to effect service be extended to February 19, 2027.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to February 19, 2027.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
Sept. 4, 2026